UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN PONCE, | ) | 3:09-cv-00466-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 8, 2012 |
| | ) | |
| MARK MASKALY, NEWCASTLE MASONRY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    KATIE OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of Anthony L. Hall, Esq., and J. Robert Smith, Esq., of Holland & Hart LLP, to withdraw as counsel for defendants Mark Maskaly and Newcastle Masonry, LLC.  (Doc. #24; 12/22/11.)  No opposition or response has been filed.[1]

The motion is **GRANTED with respect to defendant Mark Maskaly**.  Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on defendant Maskaly shall be sent to the address set forth in the motion:

> Mark Maskaly
> 610 Paso Fino Court
> Reno, Nevada 89521

---

[1] The court is cognizant of the filings of defendants in U.S. Bankruptcy Court [case numbers 10-52361-GWZ and 10-52363-GWZ].  However, the "automatic stay" of the Bankruptcy Code does not preclude this court from resolving matters such as the pending motion to withdraw.  11 U.S.C. § 362(b).

MINUTES OF THE COURT
3:09-cv-00466-RCJ-WGC
Date:  May 8, 2012
Page 2

      Counsel's motion is also **GRANTED with respect to defendant Newcastle Masonry, LLC.**  However, business entities such as corporations or limited liability companies may only appear in federal court through licensed attorneys.  *HDR Insurance Managers, LLC v. Summit Insurance Services,* Inc., 2011 WL 1336402, citing *Rowland v. California Men Colony, Unit II Mens' Advisory Council*, 506 U.S. 194, 200-201 (1993); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972).

      Therefore, defendant **Newcastle Masonry, LLC, is ordered to obtain new counsel by June 30, 2012.**

**IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                                          By: _____/s/_____
                                               Deputy Clerk